NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5075

MICHAEL KAWA,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-448, Judge George W. Miller.

ON MOTION

## O R D E R

Michael Kawa moves for an extension of time to file his brief.

The court notes that the briefing schedule was stayed on May 29, 2009.

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

JUN -4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Joseph A. Camardo, Jr., Esq.
Leslie Cayer Ohta, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 04 2009

JAN HORBALY
CLERK